

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0883-19

### MATTHEW JOHN ARMINDARIZ, Appellant

### V.

### THE STATE OF TEXAS

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE EASTLAND COURT OF APPEALS
### ECTOR COUNTY

*Per curiam.* **YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

### O P I N I O N

Appellant was convicted of murder and sentenced to life imprisonment. In the bill of costs, the trial court assessed Appellant a $25 time payment fee. See TEX. LOCAL GOV'T CODE § 133.103. On appeal, the Court of Appeals struck a portion of that fee as

being unconstitutional. *Armindariez v. State*, No. 11-19-00021-CR (Tex. App.–Eastland August 15, 2019).

The State has filed a petition for discretionary review arguing that the time payment fee was prematurely assessed. We recently handed down our opinion in *Dulin v. State*, Nos. PD-0856-19 & PD-0857-19, 2021 Tex. Crim. App. LEXIS 273 (Tex. Crim. App. Mar. 31, 2021), in which we held that the time payment fee was assessed prematurely because the pendency of appeal suspends the obligation to pay court costs.

Accordingly, we grant ground one of the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for proceedings consistent with this opinion. The State's other ground is refused.

DATE DELIVERED: May 12, 2021
DO NOT PUBLISH